IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0806
 ((((((((((((((((

 Texas Mutual Insurance Co.

 v.

 ROBERT S. HOWELL, D.C. AND FIRST RIO VALLEY MEDICAL, P.A.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Robert S. Howell and
First Rio Valley Medical, P.A., filed with this Court on January 9, 2006,
this case is ABATED. Tex. R. App. P. 8.2.

 2. This case is removed from the Court's active docket and shall
be treated as closed, subject to reinstatement upon proper motion. Tex. R.
App. P. 8.3. All motions and other documents pending or filed are abated
subject to being reurgued in the event the case is reinstated. Tex. R. App.
P. 8.2, 8.3. It is the parties' responsibility to immediately notify this
Court once the automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 27th day of January, 2006.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk